IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ABRAHAM GRANT                                                                                           PETITIONER

v.                                        NO. 5:12CV00028 JLH-BD

RAY HOBBS, Director,
Arkansas Department of Correction                                                           RESPONDENT

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere, and has reviewed *de novo* those portions of the report and recommendation to which Mr. Grant objected. This Court adopts the Recommendation as its own. Mr. Grant's Petition for Writ of Habeas Corpus (docket entry #2) is dismissed, without prejudice. All pending motions are denied as moot. Further, Abraham Grant may not file another habeas corpus petition in this Court without first obtaining approval from either a Magistrate Judge or a District Judge.

When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability. Rule 11, Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, Mr. Grant has not provided a basis for this Court to issue a certificate of appealability. Accordingly, a certificate of appealability is denied.

IT IS SO ORDERED this 13th day of February, 2012.

*/s/ J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE