# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

ABRAHAM GRANT                                                                                           PETITIONER

v.                                    NO. 5:12CV00028 JLH-BD

RAY HOBBS, Director,
Arkansas Department of Correction                                                                RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, Abraham Grant's 28 U.S.C. § 2254 petition for writ of habeas corpus is DISMISSED, without prejudice.

IT IS SO ORDERED this 13th day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE